| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

JEREMY LYNN PHILLIPS, §
§
    Movant, §
§
versus § CIVIL ACTION NO. 1:23-CV-173
§
UNITED STATES OF AMERICA, §
§
    Respondent. §

## FINAL JUDGMENT

This action came on before the Court, and the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this motion to vacate, set aside or correct sentence is **DISMISSED** as barred by the applicable statute of limitations.

All motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 7th day of December, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE